# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Statesboro Division

FILED
U.S. DISTRICT COURT
2021 APR 30 A 10: 34
CLERK
SO. DIST. OF GA.

Case No. 6:21-cv-34
*(to be filled in by the Clerk's Office)*

BRENTREZ JARMYKUS MCPHERSON
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

TIMOTHY C. WARD
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BRENTREZ JARMYKUS MCPHERSON
All other names by which you have been known: MCPHERSON, BRENTREZ JARMYKUS
ID Number: 1000799956
Current Institution: Smith State Prison
Address: 9676 Highway 301 North
Glennville — Georgia — 30427
*City* — *State* — *Zip Code*

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Timothy C. Ward
Job or Title *(if known)*: Commissioner
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: P.O. BOX 1529
Forsyth — Georgia — 31029
*City* — *State* — *Zip Code*

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Robert Tooles
Job or Title *(if known)*: Fields Operations - Director
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: P.O. BOX 1529
Forsyth — Georgia — 31029
*City* — *State* — *Zip Code*

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: John Doe (Shepard)

Job or Title *(if known)*: Regional Director

Shield Number: unknown

Employer: Georgia Dept. of Corrections

Address: P.O. Box 1529

Forsyth (City) Georgia (State) 31029 (Zip Code)

[✓] Individual capacity [✓] Official capacity

Defendant No. 4

Name: Brian Dennis Adams

Job or Title *(if known)*: Head Warden for Smith State Prison

Shield Number: unknown

Employer: Georgia Dept. of Corrections

Address: 9676 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Federal constitutional rights under the Fourteenth Amendment is/are being violated/injured and my Federal Constitutional Bill of rights under the Eighth Amendment is/are being violated/Injured by State officials which is constantly me deprivations of alleged rights.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# ATTACHMENT

List of Defendant(s):

Defendant No. 5
Name: Alicia Epperson
Job or Title: Deputy Warden of Security
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: P.O. BOX 1529
Forsyth, Georgia 31029

Defendant No. 6
Name: John Doe (Macfarland)
Job or Title: Deputy Warden of Security
Shield Number: Unknown
Employer: Georgia Dept. of Corrections
Address: 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 7
Name: Jane Doe (Brown)
Job or Title: Deputy Warden of Care and Treatment
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 8
Name: Jennifer Jarriel
Job or Title: Deputy Warden of Administration
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 9
Name: Sharon Osborn
Job or Title: Chief Counselor/Grievance Coordinator
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: 9676 Highway 301 North
Glennville, Georgia 30427

# ATTACHMENT

List of Defendant(s):

Defendant No. 10
Name: Quan Jackson
Job or Title: Captain
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 11
Name: Michael Hartmeyer
Job or Title: Unit Manager
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 12
Name: Curtis Whitfield
Job or Title: Unit Manager
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 13
Name: Joseph Barnes
Job or Title: Cert. officier
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 14
Name: John Doe (Hill)
Job or Title: Correctional officer
Shield Number: unknown
Employer: Georgia Dept. of Corrections
Address: 9676 Highway 301 North
Glennville, Georgia 30427

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendant(s) are/is working for the Georgia Dept. of Corrections Prison system while acts were committed and is still being committed, as they're still employed by such prison system.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. All defendants were "subjectively aware" of the substantial risks of harm to my health and safety, due to the grievable issues submitted by me alleging that Smith State Prison were/is "failing to maintain adequate staffing" last year and up until now. From year 2020 til 2021 all defendants have "objectively disregarded" such substantial risks, and has continuously failed to take reasonable measures to ensure my safety, since October, November of 2020 til April 26, 2021, (NOW). This all mostly was when I was housed in H-1 dormatory (Segregation).

C. What date and approximate time did the events giving rise to your claim(s) occur?

~~From October 10, 2020~~, ~~November~~ October 30, 2020, 8:40 pm to 11:00 p.m I was left unattended and since then there has been different dates and times of inadequate supervision, see Declaration(s) (Attached)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was left unattended on many dates as it relates to staff failing to conduct 15 minute or 30 minute observation Rounds/checks while housed in segregation (Disciplinary) and Segregation (Mental Health) observations (strip-cell) suicide watch. On January 18, 2021, I was sprayed with pepperspray and placed in an unreasonable apprehension of receiving additional assaults by a unknown prisoner, whom, had stole Lieutenant Sumner's pepperspray from his unattended Jacket, after such prisoner escaped out his cell by squeezing out of his tray flap, which is big enough for a slim individual to ~~climb out of, in order to exit his cell, without the door being open~~; Camera footage is available to prove what I'm saying is true. Such risks are obvious.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. No medical treatment given. Both Lieutenant Sumner and Deputy Warden Epperson denied medical treatment acting with deliberate Indifference to my medical needs when I was exposed to pepperspray chemicals

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. For the court to issue an order, ordering defendant and their Employers/Successors to refrain/stop housing Plaintiff in their illegally operated facilities that they are subjectively aware of, that's failing to maintain adequate staffing. Also, to award Plaintiff nominal damages ($1 dollar), and to banish defendants from current/future employment by/within the Department of Corrections. Plaintiff also asks/Pray that this court grant Declartory Relief and any other relief that the court may deem appropriate, such as punitive damages and/or compensatory damages. All relief requested is prayed for by Plaintiff.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Smith State Prison

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)? Deliberate indifference (Eighth Amendment violations) Cruel and Unusual Punishment, failure to ensure safety / take reasonable measures under color of State law, failure to maintain adequate staffing

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance? H-1 dormatory at Smith State Prison

2. What did you claim in your grievance? Deliberate indifference, Cruel and Unusual Punishment, failure to ensure safety/take reasonable measures under color of state law, failure to maintain adequate staffing. Prison and State officials violated Eighth Amendment right causing Eighth Amendment rights to be injured. All officials ~~[illegible]~~ committed actions under color of state law. I ask all officials to take reasonable measures

3. What was the result, if any? Prison staff responded by saying that ofc. Hill was responsible for working both sides of H-Building (H-1 and H-2) which consists of 96 prisoners in each dorm. 192 total, and he was working the booth. Grievance was denied November 24, 2020. Received copy of denial on December 4, 2020, appealed such denial of grievance number 316559 on December 4, 2020, to Operations of Professional standards Ga. Dept. of Corrections, ~~[illegible]~~ no one has responded, it's been over 143 days since I appealed.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed to the highest level Ga. Dept. of Corrections (OPS) Operation of Professional Standards on December 4, 2020. Entire grievance process is completed. Efforts made by me can be shown in my grievance history file, no one has responded, and it's been over 143 days, since I appealed such grievance.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have ~~[illegible]~~ asked Chief Counselor / Grievance Coordinator Sharon osborn, whom, is a defendant about the response I'm required to get back from the Operation of Professional Standards. I recently inquired about such response, when defendant osborn was duty officer for days April 23, 24, 25, 2021. She said she knew nothing

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________________

   Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________________

3. Docket or index number

   ______________________________

4. Name of Judge assigned to your case

   ______________________________

5. Approximate date of filing lawsuit

   ______________________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ______________________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

- [x] Yes
- [ ] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) BRENTREZ JARMYKUS MCPHERSON

   Defendant(s) BRIAN ADAMS, MACFARLAND, BROWN, HARTMEYER, WHITFIELD, SHEPARD, QUAN JACKSON, OSBORN, BARNES

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court for the Southern District of Georgia, Statesboro Division

3. Docket or index number

   CV621-028

4. Name of Judge assigned to your case

   United States Magistrate Judge Christopher L. Ray

5. Approximate date of filing lawsuit

   4/15/21

6. Is the case still pending?

   - [x] Yes
   - [ ] No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Such Judge ordered me to return consent form and additional form to proceed forward as it relates to Proceeding informa Pauperis status.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 26, 2021

Signature of Plaintiff: Brentrez Mcpherson

Printed Name of Plaintiff: BRENTREZ MCPHERSON

Prison Identification #: 1000799956

Prison Address: 9676 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________

Printed Name of Attorney: ____________

Bar Number: ____________

Name of Law Firm: ____________

Address: ____________

____________ City ____________ State ____________ Zip Code

Telephone Number: ____________

E-mail Address: ____________

# Memorandum of Law

1.) Q.F. v. Daniel, 768 Fed. Appx. 935 (11th Cir. 2019) ("Affirming district court holding that prison officials violated Eighth Amendment when failing to maintain adequate staffing and proper classification and segregation.").

2.) Haines v. Kerner, 404 U.S. 519, 30 LEd2d 652, 92 S.Ct. 594 (1972) ("Pro se litigants pleadings are to be contrued liberally and held to less stringent standards than formal pleadings drafted by Lawyers; if court can reasonably read pleadings to state valid claim on which litigant could prevail, it should do so despite failure to cite proper legal authority, confusion of legal theories, poor syntax and sentence contraction, or litigant's unfamiliarity with pleading requirements!").

3.) Lewis v. Casey, 518 U.S. 343 (1996) ("Stating that in order to get any Preliminary injunction, a prisoner must show "actual" or "Imminent" danger of serious physical injury.").

4.) Wilson v. Seiter, 501 U.S. 294, 115 LEd2d 271, 111 S.Ct. 2321 (1991) ("Deliberate indifference" standard is applicable to prisoner's claim that conditions of confinement constitutes Cruel and Unusual Punishment in violation of Eighth Amendment.").

5.) Bazzetta v. McGinnis, 286 F3d 311 ("The Eighth Amendment protects inmates from disproportionate and cruel conditions of Confinement)

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Glennville, Georgia 30427, smith State Prison, on April 26, 2021.

Signature: Brentrez McPherson
Print: BRENTREZ MCPHERSON

# Certificate of Service

I Brentrez McPherson hereby certify that I have mailed this civil complaint and Summons and additional attachments to the Clerk for the United States District Court, for the Southern District of Georgia, on April 26, 2021.

I further certify that I have mail such documents with adequate postage through the U.S. Postal Services to ensure it's delivery to the following address below:

1.) Clerk, U.S. District Court
Southern District of Georgia
P.O. BOX 1636
Brunswick, Georgia 31521

Brentrez McPherson [signature]
Brentrez McPherson
Pro se

# ATTACHMENT

EXHIBITS Showing Exhaustion of Administrative Remedies relating to grievance number # 316559

**RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL**

OFFENDER'S NAME: McPHERSON, BRENTRE I.D.# 1000799956

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER 316559 FROM THE ABOVE OFFENDER.

DATE: 12, 4, 20 COUNSELOR'S SIGNATURE: [signature]

Appeal receipt showing Exhaustion of administrative remedies

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for fo

EXHIBITS "A"

signed by: Stafford

grievance dealing with inadequate staffi

GEORGIA DEPARTMENT OF CORRECTIONS
*SMITH STATE PRISON*
*P.O. Box 726*
*9676 Highway 301 North*
*Glennville, Georgia 30427*

*(912) 654-5177*
*FAX (912) 654-5131*

Brian P. Kemp
*Governor*

*Brian Adams*
*Warden*

EXHIBIT "B"

MEMORANDUM

TO: MCPHERSON, BRENTREZ JARMYKUS

GDC#: 1000799956

FROM: GRIEVANCE COORDINATOR

DATE: 11 / 20 / 20

SUBJECT: Grievance # 316559

---

This is to advise you of a 10-day extension to present you with the Warden's response.

This extension will begin 12 / 02 /20 TILL 12 / 12 / 20 for the paperwork to reach you.

Brentrez McPherson
Gdc#1000799956
Smith State Prison
9676 Highway 301 North
Glennville, Georgia 30427




Clerk, U.S. District Court
Southern District of Georgia
P.O. Box 1636
Brunswick, Georgia 31521