IN THE UNITED STATES DISTRICT COURT FOR THE
Southern District of Georgia
Statesboro Division

BRENTREZ JARMYKUS MCPHERSON /
Plaintiff, / Civil Action No. 6:21-cv-34
/
V. /
/
/
TIMOTHY C. WARD, et al /
Defendants. /
/

U.S. DISTRICT COURT SAVANNAH DIV.
2021 MAY 14 AM 9:21
CLERK SO. DIST. OF GA.

## MOTION REQUESTING FOR DISTRICT COURT'S PROTECTION

The above Plaintiff respectfully request's for Protection from this District Court for the following reasons:

1. Not all, but some of the defendants may be influencing and/or paying High ranking (STG) gang members to order lower ranking (STG) gang members to kill or assault me, at whatever prison facility I am transferred to.
2. Not all, but some of the defendants have purposely disclosed information that I have provided dealing with security breaches, which were to be kept confidential, but wasn't, and now creates a substantial risk of harm that poses a deadly threat towards my life and safety.
3. I am receiving unwanted negative behavior from defendants; Captain: Jackson, Joseph Barnes, and other staff, whom, are listed as defendants in

plaintiff's other civil complaint No. 621-028.

4. Marvin Barclift, who is an orderly for my dormatory J-1, repeatedly threatens, that I will be killed sooner or later, because Warden Adams, whom, is my defendant in both civil compaints No. 621-028 and 6:21-cv-34, is willing to pay money to have me harmed, here or else where. Marvin Barclift also threatens that I will be poisoned, and that he has power to do so, because Warden Adams allows him to cook and prepare J-1 dormatory trays and escort trays to J-1 dormatory, and pass out such trays unattended, while no staff are present.

Orderly Marvin Barclift may pose a substantial risk of harm to my health, safety, and life.

5. (STG) gang members communicates via cell-phones all throughout the prison facilities in Georgia, every level security camp, and can easily locate me by looking up my Gdc' Number on Georgia Department of Corrections online website.

## Relief Prayed For

WHEREFORE, plaintiff would move this honorable district court to issue relief by signing the proposed ORDER attached to plaintiff's drafted Motion Requesting For District Court's Protection, Granting such Motion.

Respectfully Submitted,
by [signature]
Brentrez McPherson, Pro Se
Gdc-1000799956
Smith State Prison
P.O. BOX 726
Glennville, Ga 30427

IN THE UNITED STATES DISTRICT COURT FOR THE
Southern District of Georgia
Statesboro Division

BRENTREZ JARMYKUS MCPHERSON /
Plaintiff, / Civil Action No. 6:21-cv-34
/
/
v. /
/
/
TIMOTHY C. WARD, et al /
Defendants. /
/

# ORDER

The above-entitled matter, having come before this Court on May 14, 2021, upon the Plaintiff, Brentrez Jarmykus McPherson's Motion Requesting For District Court's Protection, and the Court being duly advised/informed, it is

ORDERED and ADJUDGED that the Plaintiff's Motion is hereby Granted

IT IS FURTHER ORDERED that upon any transfer of Plaintiff's body shall be done by only transferring Plaintiff by himself alone. Upon Plaintiff's arrival at facility he's being transferred to, Plaintiff is to be housed in a (1) one man cell, to prevent any attacks by other prisoners.

IT IS FURTHER ORDERED that defendants in Plaintiff's case shall immediately remove J-1 dormatory orderly Marvin Barclift as an assigned orderly for that particular dormatory where Plaintiff is currently housed at, and to refrain from allowing orderly Marvin Barclift from preparing, escorting, and serving Plaintiff any food while unattended, and only to allow staff to do so, and for defendants to treat Plaintiff fairly.

DONE AND ORDERED in the United States District Court for the Southern District of Georgia on this ____ day of May, 2021.

______________________________

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# ATTACHMENT

Memorandum of Law in support of Motion Requesting For District Court's Protection drafted by Plaintiff.

1) Cooper v. Pate, 378 U.S. 546, 12 LEd2d 1030, 84 S.Ct. 1733 (1964) ("Court must accept allegations in pleadings as true.").

2) Wilson v. Seiter, 501 U.S. 294, 115 LEd2d 271, 111 S.Ct 2321 (1991) ("Deliberate indifference standard is applicable to plaintiff claims.").

3) Haines v. Kerner, 404 U.S. 519, 30 LEd2d 652, 92 S.Ct. 594 (1972); Erickson v. Pardus, 551 U.S. 89, 94, 127 S.Ct. 2197 (2007) ("Pro se litigants complaints and pleadings are to be contrued liberally and held to less stringent standards than formal pleadings drafted by lawyers.").

4) Jackson v. District of Columbia, 254 F.3d 262 ("Stating that courts can protect prisoners.").

# Certificate of Service

I hereby certify that I have mailed this Motion Requesting For District Court's Protection and proposed attached Order to the Clerk's Office, United States District Court, Southern District for Georgia on May 12, 2021.

I further certify that I have mailed the above-mentioned papers via U.S. Postal Services with adequate postage to ensure it's delivery to the following address:

1) Clerk, United States District Court
Southern District of Georgia
P.O. BOX 8286
Savannah, Ga 31412

Brentrez McPherson (signature)
Brentrez McPherson, Pro se

Brentrez McPherson
GDC 1000799956
Smith State Prison
P.O. BOX 726
Glennville, Ga 30427

MACON GA 310
12 MAY 2021 PM 1 L




Clerk, U.S. District Court
Southern District of Georgia
P.O. BOX 8286
Savannah, Ga 31412

U.S. Marshals Service
Savannah Georgia

RECEIVED

31412-828686