# IN THE UNITED STATES DISTRICT COURT FOR THE Southern District of Georgia Statesboro Division

| | |
|---|---|
| BRENTREZ JARMYKUS MCPHERSON<br>Plaintiff, | Civil Action No. 6:21-cv-34 |
| v. | DECLARATION OF BRENTREZ JARMYKUS MCPHERSON |
| TIMOTHY C. WARD, et al<br>Defendants. | |

U.S. DISTRICT COURT SAVANNAH DIV.
2021 MAY 14 AM 9:23
CLERK
SO. DIST. OF GA.

BRENTREZ JARMYKUS MCPHERSON declares:

That I received a grievance response from the Central Office Appeal in Reference to Grievance # 316559, which stated that my grievance was denied. I received this grievance response on May 11, 2021, which I'm using as Evidence to show that all exhaustation requirements were met, also as Exhibit "C" to show that no reasonable measures were taken to ensure my safety and reduce risks of harm. Defendants subjectively knew of the substantial risks of harm that I faced, while housed at Smith State Prison, but objectively disregarded these risks by keeping me housed at a illegally operated facility that they subjectively knew was failing to maintain adequate staffing.

I further declare that defendants are still housing me at Smith State Prison where the conditions are dangerously grave, disproportionate, cruel, and violates Contemporary standards of decency. Defendants have failed to respond to risks in an objectively reasonable manner.

Q.F. v. Daniel, 768 Fed. Appx. 935 (11th Cir. 2019) supports my claims against defendants.

I further declare that camera footage is evidence to show that Staff that works at smith State Prison works more than (1) one building within the facility, because there is not an adequate number of Staff here to place (3) officers in every building.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Smith State Prison, Glennville, Ga on Mau 11, 2021.

Brentrez McPherson

Brentrez McPherson
Plaintiff / Pro Se

# ATTACHMENTS

Exhibits "C" through "H"

5/15/21

Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

RECEIVED
MAY 5 REC'D

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

Offender's Name: Brentrez McPherson

Grievance Number: 316559

GDC#: 1000799956

Facility: Smith State Prison

A member of my staff has reviewed your grievance. In your written statement, you stated that on 10-03-20, while you were housed in segregation, no staff members were present in segregation. You stated that this was dangerous to you and mentally disturbing. You stated that you wanted an immediate release from the Department of Corrections and for your security level to be dropped and for you to be transferred.

Based on the information and statements provided, there was insufficient evidence to substantiate your allegations. Policy 227.02 reflects matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state are non-grievable. Policy 227.02 reflects Transfers of Offenders between Facilities is non-grievable. Policy 227.02 reflects housing assignments, program assignments, security classifications or work assignments are non-grievable. This grievance was denied.

Commissioner's Designee, Southeast Region (dep) Date: 04-29-2021
Office of Professional Standards

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

Brentrez McPherson May 11, 2021
Date

Exhibit "C"

December 3, 2020
Location: H-1 Housing Unit / # [redacted] 118
From: Brentrez McPherson
#GDC 1000799956

Copy sent to GBI to be kep for Evidence

Exhibit "D"

To: Administration

I have repeatedly informed this facility that there's a threat that poses an substantial risk of harm to my safety and may result in me receiving current or future injury, that threa is, the actions by your facility, as to continuously placing offenders in a cell with me, knowing that it's a possibility that any offenders' can harm me. I informed this facility that I was being targeted and this facility is very short of staff, these are risks you're taking with my life.

If I am assualted in any manner or caused an injury that leads to death, this facility's staff members will face Criminal prosecutions and/ civil suits, knowing you could've prevented anything from happening to me by placing me in Protective Custody. My life is in danger and I fear for my life.

November 20, 2020 Copy Kept

Location: H-1/#118 - Smith State Prison

From: Brentree McPherson, GDC#1000799956

To: Commissioner for the Department of Corrections, Timothy C. Ward, and All Directors for said Department

Hello. I'm the above named offender, I'm having troubled times while being here housed by your Department. I'm being targeted because of my criminal charges and I'm at Smith State Prison where I'm being deprived of my Eighth and Fourteenth Amendment rights to be protected in Protective Custody (Voluntary) if I choose. Well, the on-going of this facility's failure to mantain adequate staffing and with me being targeted, poses an substantial risk of receiving harm towards my safety. I'm being denied my right to exercise social distancing by being placed in a two-man cell. Conditions are bad down here and can lead to liability as to yous positions in the Department of Corrections.

Warden Adams here claims to not have enough bed space to house me in an 1-person cell, my suggestions are to release me immediately, especially seeing that I can't exercise social distancing. Please allow me to be released from within your Department. My life is in danger. Please do not disregard these serious risks of har

Signed by: Brentree McPherson

Exhibit "E"

November 20, 2020 Copy kept.
Location: H-1/#118
From: Brentrez McPhersons, GDC# 1000799956

TO: ALL Wardens; Adams, Jarriel, Brown, Epperson, MacFarllen, Chief Counselor Osborn, and ALL Unit Managers; Cox, Whitfield, Martin, and Jackson

There's a risk (substantial) of harm that poses an threat to my safety while being housed here at your facility, due to the fact that you're failing to maintain adequate staffing. The inmate-to-guard ratio isn't suffiently balanced to ensure ones' safety in a timely matter and/or not at all. Do know this risk will cause injury physically/mentally

Everyone of you have mentioned lack of bedspace is the reason for ~~unavailabilit~~ unavailability of me to invoke/exercise my right to access Voluntary Protective Custody

My life may be in danger, even with the additional reasons as being targeted because of my criminal charges, which started occuring recently on October 22, 2020, and being the real reason as to me being placed in Segregation: Tier 1 program. My chart alleges something totally different, then what it should say. Footage is proof.

Please, if you have the authority as an employee positioned here at this facility, allow me to access being protected in an one-man cell, with an no-roomate profile. Thank you

Exhibit "F"

Exhibit "G"

Date: January 28, 2021
To: Timothy C. Ward, Commissioner and All Directors employed by D.O.C.
From: Brentrez McPherson, GDC# 1000799956

RE: Substantial Risk of harm (Disregarded)

This Department and your employees have unreasonably disregarded the known risk that poses significant threats towards my safety, such as: Inadequate supervision and failure to maintain adequate staffing here at Smith State Prison. Also considering the fact that inmates here at this facility has received an key from administration officials Adams, Eppersou, Whitfield, Macfarland, to access inmates cells to be harmed. Two (2) inmates were stabbed on January 10, 2021. Please release me, my life is in immediate danger. This agency has acted with deliberate indifference, callous indifference, and negligence "under color of state law." This is an immediate threat towards my life and safety, because I'm being retaliated against for grieving these issues, please release me to prevent harm from officials as well. Please place institutions on Notice if I'm transferred, to remain in Protective Custody.

Victim: Brentrez McPherson

GDC# 1000799956
Smith State Prison
P.O. BOX 724
Glennville, Ga 30427

Exhibit "H"

March 20, 2021

To: Mr. Robert Tooles, Field Operator

RE: My Safety

Hello,

I'm writing you to inform you of the possible dangers towards my life and safety. I may be harmed in the near future, due to existing problems here at Smith State Prison, dealing with prisoners being in possession of keys to access rooms on the tier.

No lock mechanism at this facility has been changed, after inmate Keith Nelson-Gdc# 1000682854 was stabbed multiple times in H-1, back in January (2021), after inmates gained access to his room with a key.

Info that I've disclosed to your staff members down here, were to be kept confidential, but some how made it to other prisoners, which has placed my life in danger. I am even being threatened to be stabbed if I'm transferred with any of the inmates at this facility. Please do not be deliberate indifferent to the possible harms.

I did not have present thoughts to commit self harm, as the offender (Michael Canty-Gdc#-0001140874) did today, as he hung his self.

Mr. Tooles, It's still time left, I'm willing to drop any and all grievances to prevent litigation, if you tele-type me immediately. I'll personally write an affidavit and give it to your Agency's attorney general, that way you and your superiors, will know that I'm serious.

Please help me Mr. Tooles, I don't want your Job or your money, sir, nor your employees or employers.

This Prison is very dangerous. It's inmate-to-guard ratio is dangerously low. I'm left unattended for hours sometimes, due to the inadequate staffing and Inadequate supervision.

My family and friends are aware of this situation, I just thought that you should be informed as well, to show that I reached out to you personally. Thank you, have a blessed day, sir.

I, Brentrez McPherson, declare under penalty of perjury that the foregoing is true and correct. Executed at Smith State Prison, on March 20, 2021.

Brentrez McPherson
Brentrez McPherson

Copy Kept

# Certificate of Service

I, Brentree McPherson, hereby certify that I have sent a letter to Robert Tooles informing him of the possible dangers towards my life and safety, on March 20, 2021.

I further certify that my postage is sufficient and is being mailed by the U.S. postal services and additional copies of this letter is being mailed to the following parties:

1) Robert Tooles
Georgia Dept. of Corrections
P.O. BOX 1529
Forsyth, Ga 31029

2) U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington, DC 20530

3) Tamekha McPherson
3244 N. Fulton Ave, Apt # B-6
Hapeville, Ga 30354

# Certificate of Service

I hereby certify that I have mailed the following enclosed documents to the Clerk, U.S. District Court, Southern District of Georgia, on May 11, 2021.

I further Certify that I have mailed enclosed documents via U.S. Postal Services with adequate Postage to ensure it's delivery to the following:

1) Clerk, U.S. District Court
Southern District of Georgia, P.O. BOX 8286
Savannah, Ga 31412

Brentrez McPherson
Brentrez McPherson
Plaintiff/Pro se