# IN THE UNITED STATES DISTRICT COURT FOR THE
## Southern District of Georgia
## Statesboro Division

BRENTREZ JARMYKUS MCPHERSON /
Plaintiff, / DECLARATION OF BRENTREZ
/ JARMYKUS MCPHERSON
/
V. /
/ Civil Action No. 6:21-cv-34
/
TIMOTHY C. WARD, et al /
/
Defendants. /
/
/

U.S. DISTRICT COURT SAVANNAH DIV.
2021 MAY 18 AM 11:08
CLERK SO. DIST. OF GA.

BRENTREZ JARMYKUS MCPHERSON hereby declares:

That this declaration, along with other declarations and letters I've submitted is evidence in support of the factual allegations set forth in the civil complaint I filed against defendant(s) Timothy C. Ward, et al, which are also demonstrations, showing that I have established that Qualified Immunity does not apply to any of the alleged defendants, because the facts alleged with the necessary supported evidence, makes out a clear violation of my Federal Constitutional rights and such Federal Constitutional rights was clearly established at the time of defendant(s) reckless conduct.

Qualified Immunity does not protect defendant(s) who knew of and disregarded the obvious substantial risks exposed upon me, and who

failed to respond to such risks (that I am still being exposed to), in an objectively reasonable manner, still til this day of May 12, 2021.

All defendants violated the Eighth Amendment by acting with deliberate indifference, due to defendants being Subjectively Knowledgable that I faced substantial risks of serious harm, as defendants intentionally continued to house me at a dangerous illegally operated Closed security prison facility that was/still is failing to maintain adequate staffing and consciously disregarded the knowledgable risk, that I grieved about last year 2020 in the month of October and verbally informed all defendants, even via letters, which demonstrates and shows that defendants failed to respond to such risk in an Objectively reasonable manner, because defendants have not taken ANY reasonable measures to transfer me to a safer facility that is not failing to maintain adequate staffing, neither have defendants suceeded at hiring/employing an adequate amount of staff to balance the dangerously unbalanced inmate-to-guard ratio statistics.

Prison records, such as the duty roster for Smith State Prison facility is direct evidence shows that the substantial risks of serious harm that I've been involuntarily exposed to since last year, was obvious to defendants.

Defendants has consciously and recklessly acted with deliberate indifference, callous indifference, and negligence to my Civil liberty interest injuries (Causation) that has arisen from being exposed to the unavoidable substantial risks of serious harm, that has created an aggravated extremely harsh and unsafe conditions that does not comport with the comtemporary standard of decency that's required by the Eighth Amendment.

These disproportionate and cruel conditions that I am forced to live in, causes me to experience everyday anxiety, maladjustment, and unavoidable fear. Such exposures to substantial risks of serious harm against my will, is not one that is tolerated in today's society. Defendants

are clearly violating/injuring my Federal Bill of right under the Eighth Amendment, which prohibits the Cruel and **Unusual Punishment** that the defendants are inflicted upon my person, which is also violating/injuring my Federal rights under the Fourteenth Amendment, to be treated Fairly and Equally, and not to be denied Equal Protection of the Laws.

"Prisoners are losing their lives here at Smith State Prison facility, because there aren't enough officers to supervise and ensure the safety of prisoners. As defendants continue to operate this illegal facility, the rights of prisoners will continue to be violated and deaths will continue to occur, while defendants consciously and intentionally continues to Breach their mandatory duties that the Eighth Amendment imposes on them, as the Eighth Amendment demands that defendants MUST take reasonable measures to guarantee me and other prisoners safety.

The following dates, timeframes, and locations is evidence in support of plaintiff's demonstration, showing that defendants, failed to respond to the obvious and clear risks of serious harm, in an objectively reasonable manner.

1. October 10, 2020, no staff present in G-Building Control booth, nor in G-1 or G-2 dormatories, from 8:30pm to 9:12pm.
2. October 11, 2020, no staff present in G-Building Control booth, nor G-1 or G-2 dormatories, from 2:18pm to 3:18pm.
3. October 12, 2020, no staff present in G-Building Control booth, nor G-1 or G-2 dormatories, from 1:25pm to 2:37pm, and 4:21pm to 5:03pm
4. October 30, 2020, is the date alleged in the grievance I filed, grieving issues while housed in segregation, alleging that this facility

(Smith State Prison) was failing to maintain adequate staffing, and that no staff was present in H-Building Control booth, nor H-1 or H-2, from 8:40pm to 11:00pm.

5. January 9, 2021, no staff present in J-1 to conduct their mandatory 15 minute or 30 minute observation rounds and sign offenders observation checklist/chart, from 6:30am to 9:00am.

- Such conduct applies to the remainder dates, times, and locations -

6. January 13, 2021, no staff present in J-1, from 6:45am to 8:15am
7. January 20, 2021, no staff present in J-1, from 6:00pm to 10:15pm
8. January 24, 2021, no staff present in J-1, from 6:30pm to 10:20pm
9. January 29, 2021, no staff present in J-1, from 10:28am to 2:30pm
10. January 31, 2021, no staff present in J-1, from 9:40am to 1:05pm
11. February 3, 2021, no staff present in J-1, from 6:20am to 8:20am
12. February 5, 2021, no staff present in J-1, from 10:50am to 2:00pm and 4:00pm to 7:00pm
13. February 6, 2021, no staff present in J-1, from 5:00pm to 10:25
14. February 7, 2021, no staff present in J-1, from 6:30pm to 10:30pm
15. February 15, 2021, no staff present in J-1, from 6:30pm to 9:30pm
16. March 4, 2021, no staff present in J-1, from 5:00pm to 7:30pm
17. March 5, 2021, no staff present in J-1, from 5:00pm to 8:10pm
18. March 6, 2021, no staff present in J-1, from 12:30pm to 7:00pm.
19. March 7, 2021, no staff present in J-1, from 6:00am to 9:00am and 5:30pm to 8:30pm
20. March 8, 2021, no staff present in J-1, from 6:00pm to 9:00pm
21. March 16, 2021, no staff present in J-1, from 6:30pm to 8:30pm
22. March 17, 2021, no staff present in J-1, from 1:00pm to 5:00pm
23. March 18, 2021, no staff present in J-1, from 5:00pm to 7:10pm
24. March 20, 2021, no staff present in J-1, from 5:00pm to 7:50pm
25. March 25, 2021, no staff present in J-1, from 4:30pm to 6:30pm, and 6:30pm to 8:00pm

26. March 26, 2021, no staff present in J-1, from 6:30am to 8:30am
27. March 28, 2021, no staff present in J-1, from 2:00pm to 6:30pm
28. March 29, 2021, no staff present in J-1, from 2:00pm to 8:00pm
29. March 31, 2021, no staff present in J-1, from 11:00am to 6:00pm
30. April 1, 2021, no staff present in J-1, from 10:00am to 2:00pm and 3:00pm to 7:00pm
31. April 2, 2021, no staff present in J-1, from 4:30am to 6:30am, 6:30am to 8:53am, 1:00pm to 6:00p
32. April 3, 2021, no staff present in J-1, from 2:00am to 5:00am
33. April 12, 2021, no staff present in J-1, from 4:30pm to 6:30pm
34. April 13, 2021, no staff present in J-1, from 4:30pm to 6:30pm
35. April 14, 2021, no staff present in J-1, from 4:30pm to 6:30pm

I declare under penalty of perjury that the foregoing is true and correct. Executed at Smith State Prison, Glennville, Georgia on May 12, 2021.

Brentrez McPherson

Brentrez McPherson

# Certificate of Service

I hereby certify that I have mailed this declaration to the Office of the Clerk, Southern District of Georgia on May 12, 2021.

I ~~further~~ certify that I have mailed the above-mentioned document via the U.S. Postal Services with adequate postage to ensure it's delivery to the following address:

1. Office of the Clerk
U.S. District Court
Southern District of Georgia
P.O. BOX 8286
Savannah, Ga 31412

Brentrez McPherson
Brentrez McPherson
Plaintiff, Pro Se

Can you please file this declaration, which is also being submitted as my

EXHIBIT "I"

Brentrez McPherson
Gdc-1000799954
Smith State Prison
P.O. BOX 726
Glennville, Ga 30427

MACON GA 310
13 MAY 2021 PM 2 L

FOREVER USA

RECEIVED
U.S. Marshals Service
Savannah Georgia

Clerk, U.S. District Court
Southern District for Georgia
P.O. BOX 8286
Savannah, Ga 31412

31412-828686