IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| BRENTREZ JARMYKUS MCPHERSON, | |
| Plaintiff, | CIVIL ACTION NO.: 6:21-cv-34 |
| v. | |
| TIMOTHY C. WARD, et al., | |
| Defendants. | |

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated December 20, 2021. Doc. 22. The Magistrate Judge recommended the Court dismiss Plaintiff's claim of deliberate indifference to prisoner safety against Defendants Sumner and others unnamed and Plaintiff's claims against Defendants Ward, Tooles, Shepard, Adams, MacFarland, Brown, Jarriel, Osborn, Jackson, Hartmeyer, Whitfield, Barnes, Hill, Kemp, Bernard, and Biden. Doc. 19 at 1. The Magistrate Judge further recommended the Court deny Plaintiff's Motion for the Court's Protection. Id.

In his Objections, Plaintiff argues the Court should not dismiss the claims against Defendants Adams, Ward, Biden, Bernard, Kemp, Tooles, and Shepard because the exhibits attached to his Complaint show Defendants were subjectively aware of the risks of harm to him because of the inadequate prison staffing. Doc. 22 at 1–2. Plaintiff's Objections are without merit. Liability under 42 U.S.C. §1983 must "be based on something more than a defendant's supervisory position or a theory of respondeat superior." Harden v. Deal, Civil Action No. 5:17-cv-158, 2018 WL 266788, *3 (S.D. Ga. Jan. 2, 2018). The exhibits Plaintiff cites only show he sent letters about

his concerns to various members of state and federal government—he does not present any facts indicating there is a causal connection between Defendants' actions and the violation of Plaintiff's constitutional rights.

After an independent and de novo review of the entire record, the Court **OVERRULES** Plaintiff's Objections. Doc. 22. The Court **CONCURS** with the Magistrate Judge's Report and Recommendation and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **DISMISSES** Plaintiff's claim of deliberate indifference to prisoner safety against Defendants Sumner and others unnamed and Plaintiff's claims against Defendants Ward, Tooles, Shepard, Adams, MacFarland, Brown, Jarriel, Osborn, Jackson, Hartmeyer, Whitfield, Barnes, Hill, Kemp, Bernard, and Biden. Furthermore, I **DENY** Plaintiff's Motion for the Court's Protection. Doc. 8. Plaintiff's deliberate indifference to a medical need claims against Defendants Sumner and Epperson remain pending. Doc. 20.

**SO ORDERED**, this 24th day of January, 2022.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA