IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BENTREZ JARMYKUS MCPHERSON,

  Plaintiff,

v.

ALICIA EPPERSON; and LIEUTENANT SUMNER,

  Defendants.

CIVIL ACTION NO.: 6:21-cv-34

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 34. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion to Dismiss, and **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to exhaust his available administrative remedies. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

SO ORDERED, this _1st_ day of _August_, 2022

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA